IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-93-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| CHASE STERLING ALLEN, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' motion for final order of forfeiture. Having reviewed the motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A preliminary order of forfeiture was entered on March 17, 2022;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.     There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED that:

1.     The motion for final order of forfeiture is GRANTED.

2.     Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Citadel, Model M1911-AI .45 caliber handgun SN: CIT059821.

3.     The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 8th day of June, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

2